# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

PHILLIP MATTHEW SINCLEAIR

## EXHIBIT AND WITNESS LIST

Case Number: 4:19-CR-354-Y (2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TERRY R. MEANS | SHAWN SMITH, AUSA | CAMILLE M. KNIGHT, APPOINTED |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| RE-SENTENCING HRG. 5/3/2022 | DEBBIE SAENZ | MICHELLE MOON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/3/2022 | X | X | Transcript excerpt of testimony of Chase Wood case CR17-00306, 235th J.D.C., Cooke Co., TX |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 3 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages