```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | CRIMINAL NO. 4:19-CR-354-Y |
| § | |
| PHILLIP MATTHEW SINCLEAIR (2) § | |

## ORDER SETTING CONDITIONS OF SUPERVISED RELEASE

The defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the U. S. Sentencing Commission Guidelines Manual and shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer;

participate in outpatient mental-health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered (copayment) at a rate of at least $25 per month; and

Participate in an outpatient program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.

### DEFENDANT'S ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of and I have retained a copy of this order setting my conditions of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

_____
PHILLIP MATTHEW SINCLEAIR (2), Defendant

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed November 29, 2023.